# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BRYANT NELSON**  **PLAINTIFF**
**ADC # 601638**

**v.**         **CASE NO.: 2:08CV00133-SWW-BD**

**TYNER, et al.**         **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (#1) is dismissed without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of August 8, 2008 (#7).

IT IS SO ORDERED this 14th day of October, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE